**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CRAIG KABZINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-3146 |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, CRAIG KABZINSKI, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC,

informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff

anticipates dismissing this case, with prejudice, within 30 days.


DATED:  March 21, 2017          RESPECTFULLY SUBMITTED,


                    By: /s/ Michael S. Agruss_____
                         Michael S. Agruss
                         SBN: 6281600
                         Agruss Law Firm, LLC
                         4809 N. Ravenswood Ave.
                         Suite 419
                         Chicago, IL 60640
                         Tel: 312-224-4695
                         Fax: 312-253-4451
                         michael@agrusslawfirm.com
                         Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On March 21, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Justin Sizemore, at jsiezmore@reedsmith.com.

By: /s/ Michael S. Agruss_____
Michael S. Agruss